IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-MJ-00109-DLW

UNITED STATES OF AMERICA,

   Plaintiff,

v.

EDGAR GARCIA-ISEPI
   Defendant.

## ORDER ON MOTION TO CONTINUE

THIS MATTER having come before the Court on Defense Counsel's Motion to Continue, the Court hereby finds:

___ Defendant's Motion is denied

_X_ Defendant's Motion is granted and this matter is scheduled for _3:00 pm_ on the _6th_ day of _June_, 2006.

___ Other: _____

DONE and signed this _1st_ day of _June_, 2006.

_____
Federal Court Magistrate